Walter Allen Stults, appellee, v. E. E. Stults Realty Co., appellant. Gen. No. 39,594.

Opinion filed March 16, 1938.

Harry C. Moran and Reginald D. Osgoodby, for appellant; Charles W. Paltzer, of counsel. Jarvis & Treff, for appellee.

Mr. Justice Hall delivered the opinion of the court.

Byron Goggin, administrator of estate of Louis D. Lee, appellee, v. Metropolitan Life Insurance Company, appellant. Gen. No. 39,619.

Opinion filed March 16, 1938. Rehearing denied April 1, 1938.

Hoyne, O'Connor & Rubinkam, for appellant; Nathaniel Rubinkam and William S. Allen, of counsel. Samuel A. Rinella and Joseph Barbera, for appellee; Joseph Barbera, of counsel.

Mr. Justice Hall delivered the opinion of the court.

Chicago Title and Trust Company, appellee, v. Harvey M. Anderson et al., appellants. Gen. No. 39,629.

Opinion filed March 16, 1938. Rehearing denied April 1, 1938.

Cohon & Goldstein, for appellants. Defrees, Buckingham, Jones & Hoffman, for appellee; Arthur O. Graves, of counsel.

Mr. Justice Hall delivered the opinion of the court.